| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DIEHL, MARY GRACE | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 05/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

1215 UNITED STATES COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Treasurer | National Conference of Bankruptcy Judges |
| 3. Member, Board of Trustees | Canisius College |
| 4. Member, Board of Directors | American Bankruptcy Institute |
| 5. Vice President | American College of Bankruptcy |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Contract with LexisNexis/Collier to edit book on Professional Compensation in Bankruptcy Cases |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | Lexis/Nexis Royalties | $2,840.23 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Graduate Fellowship Georgia State University |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute, Inc. | March 21-23, 2013 | Atlanta, GA | Seminar | Waiver of Rgistration Fee |
| 2. | National Conference of Bankruptcy Judges | October 30-November 1, 2013 | Atlanta, GA | Judges Conference | Reimbursement of Hotel |
| 3. | American College of Bankruptcy | March 14-17, 2013 | Washington, DC | Professional Meeting | Reimbursementof Travel and Hotel |
| 4. | American Bankruptcy Institute | April 18-21, 2013 | National Harbor, MD | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
| 5. | Turnaround Management Association | February 3-5, 2013 | Big Sky, Montana | Certification Oversight Committee Meeting | Reimbursement of Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIEHL, MARY GRACE** | 05/01/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | April 7-9, 2013 | Phoenix, AZ | Mid-Year Meeting | Reimbursement of Hotel and Travel |
| 7. | National Assn of Bankruptcy Trustees | February 28-March 3, 2013 | Scottsdale, AZ | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 8. | National Assn of Bankruptcy Trustees | August 7-10, 2013 | White Sulphur Springs, WV | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 9. | Turnaround Management Assn | October 2-5, 2013 | Washington, DC | Speaker at Educational Seminar; Certification Oversight COmmittee Meeting | Reimbursement of Travel and Hotel |
| 10. | American Bankruptcy Institute | December 4-7, 2013 | Los Angeles, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 11. | National Conference of Bankruptcy Judges | January 27-28, 2013 | Columbia, SC | Meeting with Executive Director | Reimbursement of Travel and Hotel |
| 12. | American College of Bankruptcy | February 8-10, 2013 | Amelia Island, FL | Meeting and Educational Seminar | Reimbursement of Hotel |
| 13. | American Law Institute | April 24-27, 2013 | Philadelphia, PA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 14. | Turnaround Managment Assocation | May 13-15, 2013 | Chicago, IL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 15. | Turnaround Managment Assocation-Atlanta Chapter | May 30-31, 2013 | Hollywood, FL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 16. | Turnaround Management Association - Western Regional | July 17-20, 2013 | Los Angeles, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIEHL, MARY GRACE** | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Mass Mutual Life Insurance Policy#1 | C | Dividend | M | T | | | | | |
| 3. Mass Mutual Insurance Policy #2 | C | Dividend | M | T | | | | | |
| 4. Prudential Insurance Policy | A | Interest | K | T | | | | | |
| 5. Brokerage Account #1 | | | | | | | | | |
| 6. --Bank Deposit Account- FIA Card services | A | Interest | L | T | | | | | |
| 7. --MFS Value Fund Class A | C | Dividend | M | T | Sold (part) | 04/18/13 | J | A | |
| 8. | | | | | Sold (part) | 06/21/13 | J | B | |
| 9. -Bank of America (formerly ML Bank) | A | Interest | J | T | | | | | |
| 10. --Thornburg International Value Fund Cl 1 | C | Dividend | M | T | Sold (part) | 09/05/13 | J | A | |
| 11. | | | | | Sold (part) | 10/23/13 | J | A | |
| 12. --Hartford Growth Opportunities Fund Cl A | D | Distribution | M | T | Sold (part) | 04/18/13 | J | A | |
| 13. | | | | | Sold (part) | 06/21/13 | J | A | |
| 14. | | | | | Sold (part) | 09/05/13 | J | A | |
| 15. --American Euro Pacific Growth Fund Cl F | C | Dividend | N | T | Sold (part) | 04/18/13 | J | A | |
| 16. | | | | | Sold (part) | 06/21/13 | J | A | |
| 17. | | | | | Sold (part) | 09/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/23/13 | J | A | |
| 19. --Wells Fargo Advantage Small Cap Fund A | B | Distribution | K | T | Sold (part) | 06/21/13 | J | A | |
| 20. | | | | | Sold (part) | 09/05/13 | J | A | |
| 21. | | | | | Sold (part) | 10/23/13 | J | A | |
| 22. -- American Century Small Cap f/k/a Amer Century Investor Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | A | |
| 23. | | | | | Sold (part) | 09/05/13 | J | A | |
| 24. | | | | | Sold (part) | 10/23/13 | J | A | |
| 25. --Eaton Vance Large Cap Value Fund Class A | D | Distribution | M | T | Sold (part) | 04/18/13 | J | A | |
| 26. | | | | | Sold (part) | 06/21/13 | J | A | |
| 27. --Royce Pennsylvania Mutual Fund f/k/a Penn. Mutual Fund | A | Distribution | | | Sold (part) | 06/21/13 | J | A | |
| 28. | | | | | Sold (part) | 09/05/13 | J | A | |
| 29. | | | | | Sold | 10/14/13 | K | D | |
| 30. --Westcore Small Cap Value Fund CL R | A | Distribution | | | Sold | 03/27/13 | K | C | |
| 31. --ISHARES RUSSELL 1000 Growth Index Fund | B | Dividend | M | T | Sold (part) | 04/18/13 | J | B | |
| 32. | | | | | Sold (part) | 06/21/13 | J | B | |
| 33. | | | | | Sold (part) | 09/05/13 | J | A | |
| 34. --ISHARES RUSSELL 1000 Value Index | C | Dividend | M | T | Sold (part) | 04/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/21/13 | J | B | |
| 36. Dreyfus Appreciation Fd | C | Dividend | M | T | Sold (part) | 04/18/13 | J | A | |
| 37. | | | | | Sold (part) | 06/21/13 | J | A | |
| 38. Thomas White Int. Fund | C | Dividend | N | T | Sold (part) | 10/23/13 | J | A | |
| 39. American Century Small Cap Val Fd (ASVIX) | B | Dividend | K | T | Buy | 03/27/13 | K | | |
| 40. | | | | | Sold (part) | 04/18/13 | J | A | |
| 41. | | | | | Sold (part) | 06/21/13 | J | A | |
| 42. | | | | | Sold (part) | 10/23/13 | J | A | |
| 43. JP Morgan Undscvrd Mngrs (UBVSX) | A | Dividend | K | T | Buy | 10/14/13 | K | | |
| 44. | | | | | Sold (part) | 10/23/13 | J | A | |
| 45. Brokerage Acct #2 | | | | | | | | | |
| 46. --Georgia St Rd & Twy Auth Rev | C | Interest | L | T | Sold (part) | 09/10/13 | J | A | |
| 47. --Georgia Mun Elec Auth Pwr Rev Ser Y | C | Interest | | | Sold | 09/18/13 | L | B | |
| 48. --DuPage Il Transn Rev | C | Interest | | | Sold (part) | 03/07/13 | L | C | |
| 49. | | | | | Sold | 04/18/13 | K | B | |
| 50. --University Houston Tex | C | Interest | L | T | | | | | |
| 51. --Gwinnett Cnty Ga Wtr & Sew Ser A | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Gwinnett Cty Ga Sch | B | Interest | K | T | Sold (part) | 02/08/13 | J | A | |
| 53. | | | | | Sold (part) | 03/11/13 | L | D | |
| 54. --Dekalb Private Hosp Auth | C | Interest | K | T | Sold (part) | 11/19/13 | K | C | |
| 55. Orlando Fl Cap Impt Spl | A | Interest | | | Sold | 05/08/13 | L | D | |
| 56. Georgia St - Series D | B | Interest | | | Sold | 03/06/13 | L | D | |
| 57. Columbia Co Ga Wtr & Sew | B | Interest | L | T | | | | | |
| 58. Athens-Clarke Cnty GA Uni Govt Auth Rev | B | Interest | K | T | Sold (part) | 03/11/13 | L | D | |
| 59. Oklahoma St Tpk Auth | B | Interest | | | Sold | 03/08/13 | L | C | |
| 60. Athens Clarke County GA UNI Govt Sales Tax:Jail | | None | L | T | Buy | 05/08/13 | L | | |
| 61. | | | | | Sold (part) | 12/10/13 | J | A | |
| 62. Connecticut St Spl Tax Oblig Rev Ser A | | None | K | T | Buy | 09/18/13 | K | | |
| 63. Metro Atlanta RTA GA SLS TaxRV Third Series | | None | K | T | Buy | 09/18/13 | K | | |
| 64. Brokerage Acct #3 | | | | | | | | | |
| 65. SP 500 ARN Issuer BAC/due 5/29/14 | | None | M | T | Buy | 03/18/13 | M | | |
| 66. SP500 ARN Issuer BAC/due 1/30/2015 | | None | K | T | Buy | 11/26/13 | K | | |
| 67. IRA #1 | | | | | | | | | |
| 68. --ML Winton FuturesAccess LLC | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Bank Deposit Account- FIA Card Svcs | | None | | | Merged (with line 70) | 01/01/13 | K | | |
| 70. IRA #2 | | | | | | | | | |
| 71. --Thornburg International Value Fund | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 72. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 73. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 74. --Westcore Small Cap Value Fund Cl R | A | Int./Div. | | | Sold | 03/27/13 | J | A | |
| 75. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 76. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 77. | | | | | Sold (part) | 09/05/13 | J | A | |
| 78. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 79. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 80. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 81. | | | | | Sold (part) | 10/23/13 | J | A | |
| 82. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 83. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | Buy (add'l) | 03/15/13 | J | | |
| 84. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 85. | | | | | Sold (part) | 09/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/23/13 | J | A | |
| 87. --American Century New Opportunities II Investor Fund | A | Int./Div. | J | T | Buy (add'l) | 03/15/13 | J | | |
| 88. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 89. | | | | | Sold (part) | 10/15/13 | J | A | |
| 90. | | | | | Sold (part) | 09/05/13 | J | | |
| 91. | | | | | Sold (part) | 10/23/13 | J | A | |
| 92. --MFS Value Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 93. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 94. | | | | | Sold (part) | 09/05/13 | J | A | |
| 95. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 96. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 97. | | | | | Sold (part) | 09/05/13 | J | A | |
| 98. --Royce Penn Muual Fund f/k/a Pennsylvanie Mutual Fund | A | Int./Div. | | | Sold | 10/15/13 | J | A | |
| 99. --FIA Card Services (formerly ML Bank USA RASP) | A | Interest | J | T | | | | | |
| 100. --ISHARES RUSSELL 1000 Growth | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 101. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 102. | | | | | Sold (part) | 09/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --ISHARES RUSSELL 1000 Value | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 104. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 105. | | | | | Sold (part) | 09/05/13 | J | A | |
| 106. Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 107. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 108. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 109. Thomas White International Fund | A | Int./Div. | K | T | Buy | 03/15/13 | J | | |
| 110. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 111. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 112. | | | | | Sold (part) | 10/23/13 | J | A | |
| 113. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 114. American Century Small Cap Val FD Investor(ASVIX) | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 115. | | | | | Sold (part) | 09/05/13 | J | A | |
| 116. | | | | | Sold (part) | 10/23/13 | J | A | |
| 117. JP Morgan Undscvrd Mngrs (UBVSX) | A | Int./Div. | J | T | Buy | 10/14/13 | J | | |
| 118. | | | | | Sold (part) | 10/23/13 | J | A | |
| 119. IRA #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -FIA Card Svcs (Formerly -ML Bank USA RASP) | A | Interest | K | T | | | | | |
| 121. SP500 ARN ISSUER SEK | | None | | | Sold | 10/25/13 | N | F | |
| 122. SP 500 ARN Issuer BAC | | None | N | T | Buy | 10/31/13 | N | | |
| 123. --MFS Value Fund | B | Int./Div. | L | T | Sold (part) | 04/15/13 | J | A | |
| 124. | | | | | Sold (part) | 09/05/13 | J | A | |
| 125. --Thornburg International Value Fund Cl I | B | Int./Div. | M | T | Buy (add'l) | 4/15/13 | J | | |
| 126. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 127. --Westcore Small Cap Value Fund | | None | | | Sold | 03/27/13 | J | B | |
| 128. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | L | T | Buy (add'l) | 04/15/13 | J | | |
| 129. | | | | | Sold (part) | 09/05/13 | J | A | |
| 130. --American Euro Pacific Growth Fund Cl F | B | Int./Div. | M | T | Buy (add'l) | 04/15/13 | J | | |
| 131. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 132. --Wells Fargo Advantage Small Cap Fund A | A | Int./Div. | J | T | Buy (add'l) | 04/15/13 | J | | |
| 133. | | | | | Sold (part) | 09/05/13 | J | A | |
| 134. --American Century New Opportunities Investor Fund | A | Int./Div. | J | T | Buy (add'l) | 04/15/13 | J | | |
| 135. | | | | | Sold (part) | 09/05/13 | J | A | |
| 136. Thomas White International Fund | B | Int./Div. | M | T | Buy (add'l) | 04/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 138. --Eaton Vance Large Cap Value Fund Class A | B | Int./Div. | L | T | Buy (add'l) | 04/15/13 | J | | |
| 139. | | | | | Sold (part) | 09/05/13 | J | A | |
| 140. --Royce Penn. Mutual Fund f/k/a/ PENNSYLVANIA MUTUAL FUND | | None | | | Buy (add'l) | 04/15/13 | J | | |
| 141. | | | | | Sold (part) | 09/05/13 | J | C | |
| 142. | | | | | Sold | 10/15/13 | J | A | |
| 143. --ISHARES RUSSELL 1000 Growth | B | Int./Div. | L | T | Buy (add'l) | 04/15/13 | J | | |
| 144. | | | | | Sold (part) | 04/18/13 | J | A | |
| 145. | | | | | Sold (part) | 09/05/13 | J | A | |
| 146. --ISHARES RUSSELL 1000 Value | B | Int./Div. | L | T | Sold (part) | 04/18/13 | J | A | |
| 147. | | | | | Sold (part) | 09/05/13 | J | A | |
| 148. Dreyfus Appreciation Fd | B | Int./Div. | L | T | Buy (add'l) | 04/15/13 | J | | |
| 149. | | | | | Sold (part) | 04/18/13 | J | | |
| 150. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 151. American Century small Cap Val Fd (ASVIX) | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 152. | | | | | Sold (part) | 10/24/13 | J | A | |
| 153. JP Morgan Undscvrd Mngrs | A | Int./Div. | J | T | Buy | 10/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SEP #1 ▓▓▓▓ | | | | | | | | | |
| 155. --Thornburg International Value Fund Class I | A | Int./Div. | K | T | Buy (add'l) | 09/05/13 | J | | |
| 156. | | | | | Sold (part) | 10/23/13 | J | A | |
| 157. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | K | T | Sold (part) | 08/08/13 | J | A | |
| 158. | | | | | Sold (part) | 09/05/13 | J | A | |
| 159. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | K | T | Buy (add'l) | 09/05/13 | J | | |
| 160. | | | | | Sold (part) | 10/23/13 | J | A | |
| 161. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 162. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | Sold (part) | 09/05/13 | J | A | |
| 163. | | | | | Sold (part) | 10/23/13 | J | A | |
| 164. --American Century New Opportunities II Investor Fund | A | Int./Div. | J | T | Sold (part) | 08/08/13 | J | A | |
| 165. | | | | | Sold (part) | 09/05/13 | J | A | |
| 166. | | | | | Sold (part) | 10/23/13 | J | A | |
| 167. --MFS Value Fund Cl A | A | Int./Div. | K | T | Sold (part) | 08/08/13 | J | A | |
| 168. | | | | | Sold (part) | 09/05/13 | J | A | |
| 169. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | Sold (part) | 09/05/13 | J | A | |
| 170. --Royce Penn Mutual Fund f/k/a Pennsylvanie Mutual Fund | | None | | | Sold | 10/15/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --FIA CArd Svcs (formerly ML Bank USA RASP) | A | Int./Div. | J | T | | | | | |
| 172. --ISHARES RUSSELL 1000 GROWTH | A | Int./Div. | K | T | Buy (add'l) | 09/05/13 | J | | |
| 173. --ISHARES RUSSELL 1000 VALUE | A | Int./Div. | K | T | Sold (part) | 08/08/13 | J | A | |
| 174. | | | | | Sold (part) | 09/05/13 | J | A | |
| 175. --Westcore Small Cap | | None | | | Sold | 3/27/13 | J | A | |
| 176. Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy (add'l) | 09/05/13 | J | | |
| 177. Thomas White International Fund | A | Int./Div. | K | T | Buy (add'l) | 09/05/13 | J | | |
| 178. | | | | | Sold (part) | 10/23/13 | J | A | |
| 179. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 180. American Century Small Cap Value | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 181. | | | | | Sold (part) | 08/08/13 | J | A | |
| 182. | | | | | Sold (part) | 09/05/13 | J | A | |
| 183. JP MORGAN UNDSCVRD MNGRS | A | Int./Div. | J | T | Buy | 10/14/13 | J | | |
| 184. | | | | | Sold (part) | 10/23/13 | J | A | |
| 185. SEP #2 | | | | | | | | | |
| 186. --Thornburg International Value Fund Cl 1 | A | Int./Div. | J | T | Buy (add'l) | 09/05/13 | J | | |
| 187. | | | | | Buy (add'l) | 12/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Westcore Small Cap | | None | | | Sold | 03/27/13 | J | A | |
| 189. --Hartford Growth Opportunities Fund Cla A | A | Int./Div. | J | T | Sold (part) | 09/05/13 | J | A | |
| 190. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | J | T | Buy (add'l) | 09/05/13 | J | | |
| 191. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | Sold (part) | 09/05/13 | J | A | |
| 192. --American Century New Opportunities II | A | Int./Div. | J | T | Sold (part) | 09/05/13 | J | A | |
| 193. --MFS Value Fund Cl A | A | Int./Div. | J | T | Sold (part) | 09/05/13 | J | A | |
| 194. --Eaton Vance Large Cap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 195. --Royce Penn Mututal Fund f/k/a Pennsylvania Mutual Fuind | | None | | | Sold | 10/15/13 | J | A | |
| 196. --ISHARES RUSSELL 1000 Growth | A | Int./Div. | J | T | Buy (add'l) | 01/03/13 | J | | |
| 197. | | | | | Sold (part) | 09/05/13 | J | A | |
| 198. --ISHARES RUSSELL 1000 VALUE | A | Int./Div. | J | T | Sold (part) | 09/05/13 | J | A | |
| 199. | | | | | | | | | |
| 200. Dreyfus Appreciation Fd | A | Dividend | J | T | Buy (add'l) | 09/05/13 | J | | |
| 201. Thomas White International FUnd | A | Int./Div. | J | T | Buy (add'l) | 09/05/13 | J | | |
| 202. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 203. American Century Small Cap Val Fund | A | Int./Div. | J | T | Buy | 03/27/13 | J | | |
| 204. | | | | | Buy (add'l) | 12/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. JP MORGAN UNDSCRVD MNGRS | A | Int./Div. | J | T | Buy | 10/14/13 | J | | |
| 206. Trust #1 | | None | K | T | | | | | |
| 207. College Savings Plan: MLIM 20+ Years | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 is a charitable trust whose sole asset is an annuity policy with National Integrity. I have no control over the assets of this trust. My obligations are limited to receipt of payments and distribution pursuant to the terms of the trust. I am not a beneficiary of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY GRACE DIEHL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544